UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORGE KERSEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 23-12019-IT |
| | * | |
| DONALD TRUMP, | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL

November 1, 2023

TALWANI, D.J.

Pursuant to the court's Order [#4], dismissing this action for the reasons stated therein, this case is hereby CLOSED.

**SO ORDERED.**

/s/ Indira Talwani
United States District Judge